UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, et al., | ) | Case No. 1:07 CV 1374 |
| | ) | |
| Plaintiffs, | ) CHIEF JUDGE SOLOMON OLIVER, JR. | |
| v. | ) | |
| WIX FILTRATION CORPORATION, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, et al., | ) | Case No. 1:07 CV 1375 |
| | ) | |
| Plaintiffs, | ) CHIEF JUDGE SOLOMON OLIVER, JR. | |
| v. | ) | |
| CHAMPION LABORATORIES, INC., | ) | |
| Defendant. | ) | |

**STIPULATED FINAL JUDGMENT**

Based on the jury's December 11, 2009 verdict (document 168 in Case No. 1375/ document 181 in Case No. 1374), the Court's Order dated January 8, 2010 (doc 180 / doc 193), the Court's Judgment Entry on the jury verdict dated May 3, 2010 (doc 221 / doc 236), the Court's Order dated March 17, 2011 (doc 229 / doc 249), and the Parties' Joint Motion for Entry of Stipulated Final Judgment and Stipulation and Agreed Order To Stay Enforcement of Money Judgment, the Court enters judgment in favor of Plaintiffs and against Defendants (subject to Defendants' rights to appeal) in the amount of $12,836,208 (plus additional post-judgment interest accruing at a rate of $2,679 per month accruing beginning in May 2011), wherein said

amount includes the full award of damages, supplemental damages, enhancement of damages, prejudgment interest, attorneys fees, costs, and post-judgment interest accrued from May of 2010 to April of 2011.  In addition, the injunctive relief ordered by the Court the Judgment Entry dated May 3, 2010 (doc 221 / doc 236) is incorporated into this final judgment (subject to Defendants' right to appeal).  This Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and is a final, appealable Judgment.

    IT IS SO ORDERED.


Dated: May 25, 2011

/s/SOLOMON OLIVER, JR.
SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT